UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| SEARCH OF CELL LOCATION ) | Case No. 1:19MJ72 |
| DATA FOR A T-MOBILE ) | |
| CELLULAR TELEPHONE ) | |

## MOTION TO SEAL

The United States of America, by and through United States Attorney Matthew G.T. Martin, herein applies for an Order sealing the above-captioned case, and all filings in this matter, except the Government requests that working copies of any pleadings may be made available, as necessary, to the United States Attorney's Office; Federal Bureau of Investigation (FBI); and any other law enforcement agency designated by the United States Attorney's Office. Such sealing is within the inherent power of the court to control papers filed with it. *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989). In support whereof, the government shows unto the court the following:

1. This investigation is a continuing one, with information and data being derived from numerous sources.

2. Disclosure of the information being utilized during the course of the investigation may hamper the conclusion of the investigation.

3. The information contained within the affidavit for search warrant and other related search warrant materials would make patent the

sources of information presently available to the investigation.

WHEREFORE, the government respectfully moves that this Honorable Court seal the related search warrant materials for a period of one year, unless additional time is requested by the government.

This the 26th day of June, 2019.

Respectfully submitted,

MATTHEW G.T. MARTIN
UNITED STATES ATTORNEY

/S/ RANDALL S. GALYON
Assistant United States Attorney
NCSB #23119
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street
Winston-Salem, NC 27101
Phone: 336/631-5268
E-mail: Randall.galyon@usdoj.gov

2