UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE            )
SEARCH OF CELL LOCATION         )   Case No. 1:19MJ72
DATA FOR A T-MOBILE             )
CELLULAR TELEPHONE              )

## ORDER

The government having moved that the search warrant materials filed in this case be sealed and the court being apprised of the reasons therefor, the Court concludes that the search warrant materials should be sealed for one year from the date of this order unless otherwise extended by the Court.

The Court has inherent authority to order the sealing of a search warrant affidavit. *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989).

On the *ex parte* showing before the court, the court considers that the government has made a *prima facie* showing that justifies sealing the search warrant materials and modification of the case caption. The Court has specifically considered the search warrant materials, including the affidavit and the Government's Motion to Seal and Supplement, and the Court concludes that the Government has offered a compelling interest in completing the criminal investigation. The Court finds that unsealing of the

materials would undermine the investigation including by revealing sources of information and allowing targets the opportunity to destroy electronic evidence and avoid apprehension.

IT IS HEREBY ORDERED that the search warrant materials be sealed for one year from the date of this order unless otherwise extended by the Court, and the search warrant materials shall be placed under seal by the clerk.

So ORDERED this 26th day of June, 2019.

_____
HONORABLE JOI ELIZABETH PEAKE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF NORTH CAROLINA